IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Muangmol Asanok, Bunthom Fakthaisong, Manat Inthirit, Waeo Kaewsang, Sonthaya Kamonkhorn, Worawut Khansamrit, Jaroon Kitjakan, Chinnawat Kompeemay, Thongsuk Manichantha, Poochit Naentaisong, Suradet Phaengbutdee, Thana Phakhokthom, Bunmee Phaniphat, Montree Phothi, Pornpot Phromchuen, Suppachai Phromwong, Nathee Simluang, Somboon Teebnoidee, Surachai Wannasiri, Pradit Wiangkham, Narin Yiamcharoen, and Surachi Yot On,<br><br>Plaintiffs,<br><br>vs.<br><br>Million Express Manpower, Inc., Seo Homsombath, Roy Raynor, Sombourne Chinlasith, Evans Farms, Inc., Harold Williamson, Million Express Manpower, Ltd., and Tsai Rong-Fa,<br><br>Defendants. | CIVIL ACTION NO.<br>5:07-CV-48 BO |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST ALL DEFENDANTS**

In accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this court for default judgment against all Defendants, as set forth herein in the annexed proposed Order and in support hereof would show the Court as follows:

1. Plaintiffs originally filed this civil action brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), the Trafficking Victims Protection Act, ("TVPA"), 18 U.S.C. §§ 1581 et. seq., the Racketeer Influenced and Corrupt

Organizations Act ("RICO") 18 U.S.C. §§ 1961 et seq., and North Carolina common law on February 13, 2007.

2. Plaintiffs voluntarily dismissed all claims against Defendant Howell on August 24, 2007 and Defendants Evans and Williamson on June 2, 2008.

3. The Court entered Default against Defendant Raynor on April 3, 2007. The Court entered default against Defendant Homsombath; Defendant Million Express Manpower, Inc., and Defendant Chinlasith on June 6, 2007. The Court entered default against Defendant Million Express Manpower, Ltd. and Defendant Tsai Rong Fa on May 28, 2008.

4. The instant Motion seeks a judgment against these Defendants for Plaintiffs' claims under the TVPA, RICO and the North Carolina common law of contracts.

5. Plaintiffs support this Motion through pleadings, admissions and by the Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment with declarations and supporting documentation annexed thereto.

WHEREFORE, Plaintiffs respectfully request this Court to grant Plaintiffs' Motion for Default Judgment and enter an order:

a. finding that the Defendants violated the Plaintiffs' rights under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). the Trafficking Victims Protection Act (TVPA) and breached their contracts with Plaintiffs;

b. entering judgment against Defendants Million Express Manpower, Inc., Seo Homsombath, Roy Raynor, Sombourne Chinlasith, Million Express Manpower, Ltd. and Tsai Rong-Fa, jointly and severally, for Plaintiffs' claims

2

under the Racketeer Influenced and Corrupt Organizations Act ("RICO") in the total amount of $ $979,234.50 plus interest from the date of this judgment until paid, to be paid to Plaintiffs in the following amounts:

1. Plaintiff Muangmol Asanok -- $38,733.00
2. Plaintiff Bunthom Fakthaisong -- $71,583.00
3. Plaintiff Manat Inthirit -- $43,908.00
4. Plaintiff Waeo Kaewsang -- $52,833.00
5. Plaintiff Sonthaya Kamonkhorn -- $44,833.00
6. Plaintiff Worawut Khansamrit -- $40,383.00
7. Plaintiff Jaroon Kitjakan -- $38,733.00
8. Plaintiff Chinnawat Kompeemay -- $38,769.00
9. Plaintiff Thongsuk Manichantha -- $49,870.50
10. Plaintiff Poochit Naentaisong -- $46,833.00
11. Plaintiff Suradet Phaengbutdee --$36,090.00
12. Plaintiff Thana Phakhokthom -- $39,090.00
13. Plaintiff Bunmee Phaniphat -- $39,790.50
14. Plaintiff Montree Phothi - $54,820.50
15. Plaintiff Pornpot Phromchuen -- $48,970.50
16. Plaintiff Suppachai Phromwong -- $38,733.00
17. Plaintiff Nathee Simluang -- $38,058.00
18. Plaintiff Somboon Teebnoidee -- $36,783.00
19. Plaintiff Surachai Wannasiri -- $39, 144.00
20. Plaintiff Pradit Wiangkham -- $42,483.00

21. Plaintiff Narin Yiamcharoen -- $56,185.50

22. Plaintiff Surachai Yot On -- $42,558.00

c. entering judgment against Defendants Millions Express Manpower, Inc, Seo Homsombath, Roy Raynor, Sombourne Chinlasith, and Million Express Manpower, Ltd. in the amount of $95,021.10, jointly and severally, for Plaintiffs' claims for the breach of their employment contracts plus interest from the date of the judgment until paid, to be paid to the Plaintiffs in the following amounts:

1. Plaintiff Muangmol Asanok -- $5,989.55

2. Plaintiff Bunthom Fakthaisong -- $5,480.55

3. Plaintiff Manat Inthirit -- $3655.55

4. Plaintiff Waeo Kaewsang -- $9,555.55

5. Plaintiff Sonthaya Kamonkhorn -- $1,135.55

6. Plaintiff Worawut Khansamrit.-- $6,555.55

7. Plaintiff Jaroon Kitjakan -- $5,055.55

8. Plaintiff Chinnawat Kompeemay -- $5,055.55

9. Plaintiff Thongsuk Manichantha -- $1,315.55

10. Plaintiff Poochit Naentaisong -- $5,955.55

11. Plaintiff Suradet Phaengbutde -- $4,655.55

12. Plaintiff Thana Phakhokthom -- $4,455.55

13. Plaintiff Bunmee Phaniphat -- $6,155.55

14. Plaintiff Montree Phothi - $2,655.55

15. Plaintiff Pornpot Phromchuen -- $5,355.55

4

Case 5:07-cv-00048-BO    Document 65    Filed 08/17/2009    Page 4 of 6

21. Plaintiff Narin Yiamcharoen -- $56,185.50

22. Plaintiff Surachai Yot On -- $42,558.00

c. entering judgment against Defendants Millions Express Manpower, Inc, Seo Homsombath, Roy Raynor, Sombourne Chinlasith, and Million Express Manpower, Ltd. in the amount of $95,021.10, jointly and severally, for Plaintiffs' claims for the breach of their employment contracts plus interest from the date of the judgment until paid, to be paid to the Plaintiffs in the following amounts:

1. Plaintiff Muangmol Asanok -- $5,989.55

2. Plaintiff Bunthom Fakthaisong -- $5,480.55

3. Plaintiff Manat Inthirit -- $3655.55

4. Plaintiff Waeo Kaewsang -- $9,555.55

5. Plaintiff Sonthaya Kamonkhorn -- $1,135.55

6. Plaintiff Worawut Khansamrit.-- $6,555.55

7. Plaintiff Jaroon Kitjakan -- $5,055.55

8. Plaintiff Chinnawat Kompeemay -- $5,055.55

9. Plaintiff Thongsuk Manichantha -- $1,315.55

10. Plaintiff Poochit Naentaisong -- $5,955.55

11. Plaintiff Suradet Phaengbutde -- $4,655.55

12. Plaintiff Thana Phakhokthom -- $4,455.55

13. Plaintiff Bunmee Phaniphat -- $6,155.55

14. Plaintiff Montree Phothi - $2,655.55

15. Plaintiff Pornpot Phromchuen -- $5,355.55

16. Plaintiff Suppachai Phromwong -- $3,555.55

17. Plaintiff Nathee Simluang -- $4,555.55

18. Plaintiff Somboon Teebnoidee -- $3,255.55

19. Plaintiff Surachai Wannasiri --$4155.55

20. Plaintiff Pradit Wiangkham -- $1,455,55

21. Plaintiff Narin Yiamcharoen -- $2,955.55

22. Plaintiff Surachai Yot On -- $2,055.55

This 17th day of August, 2009.

Respectfully Submitted,

__/s/ Lori J. Elmer_____
Lori J. Elmer
Bar No. 24227


__/s/ Mary Lee Hall____
Mary Lee Hall
Bar No. 16347

Attorneys for Plaintiffs
Farmworker Unit
Legal Aid of North Carolina
224 South Dawson Street
P.O. Box 26626
Raleigh, NC 27611
Tel (919) 856-2180
Fax (919) 856-2187

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing Motion for Default Judgment with supporting Memorandum of Law was served by U.S. mail, first class postage prepaid, upon the following Defendants:

Roy Raynor
415 McLamb Road
Dunn, NC 28334-7595

Seo Homsombath
4700-A NC HWY 242 South
Dunn, NC 28334

Seo Homsombath, Registered. Agent
Million Express Manpower, Inc.
4700-A NC HWY 242 South
Dunn, NC 28334

Million Express Manpower, Ltd.
1499 Soi Latpao 94 Sriwa Street
Wangthonglang Sub-District
Wangthonglang District, Bangkok 10310
THAILAND

Tsai Rong-Fa
Million Express Co. Ltd
1499 Soi Latpao 94 Sriwa Street
Wangthonglang Sub-District
Wangthonglang District, Bangkok 10310
THAILAND

Sam Chinlasith
6112 Brandon Ave.
Springfield, VA 22150


This the 17th day of August, 2009.


                                                /s/ Lori J. Elmer_____
                                                Lori J. Elmer