# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 07-CV-00048-BO

| | |
|---|---|
| Muangmol Asanok, Bunthom Fakthaisong, Manat Inthirit, Waeo Kaewsang, Sonthaya Kamonkhorn, Worawut Khansamrit, Jaroon Kitjakan, Chinnawat Kompeemay, Thongsuk Manichantha, Poochit Naentaisong, Suradet Phaengbutdee, Thana Phakhokthom, Bunmee Phaniphat, Montree Phothi, Pornpot Phromchuen, Suppachai Phromwong, Nathee Simluang, Somboon Teebnoidee, Surachai Wannasiri, Pradit Wiangkham, Narin Yiamcharoen, and Surachi Yot On, <br><br>    Plaintiffs, <br><br>vs. <br><br>Million Express Manpower, Inc., Seo Homsombath, Roy Raynor, Sombourne Chinlasith, Evans Farms, Inc., Harold Williamson, Million Express Manpower, Ltd., and Tsai Rong-Fa, <br><br>    Defendants. | **Notice of Voluntary Dismissal of Some Claims** |

    Plaintiffs, by and through their undersigned counsel, respectfully give notice to the Court, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that they hereby dismiss their claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq and their common law claim of misrepresentation as against all Defendants without prejudice.

                                          Respectfully submitted,

                                          By:

                                          */s/ Mary Lee Hall*_____
                                          Mary Lee Hall
                                          Bar # 16347

1

and

*/s/ Lori Elmer*_____
Lori Elmer
Bar # 24227

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
tel. no. (919) 856-2180
fax no. (919) 856-2187
Attorneys for Plaintiffs

Dated: August 18, 2009